FILED
U.S. District Court
District of Kansas

OCT 09 2015

Clerk, U.S. District Court
By \_\_\_\_WAW\_\_\_\_ Deputy Clerk

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15-CR-10150-01-JTM |
| SHANE COX | ) | |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States Courthouse<br>401 N. Market<br>Wichita, KS 67202-2011 | Courtroom No.: 326 |
|---|---|
| | Date and Time: 10/28/2015 @ 1:30 pm |

This offense is briefly described as follows:

Receipt or Possession of Unregistered Firearm.

See attached indictment for additional charges.

Date: 10/06/2015

S/ A. Anderson
*Issuing officer's signature*

Timothy M. O'Brien, Clerk of the Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 10/08/2015

*Server's signature*

Neal D. Tierney   WFO ARAC SSA
*Printed name and title*