# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                    CASE NO. 15-10150-01/02-JTM

SHANE COX, and
JEREMY KETTLER,

      Defendants.

# FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

### Count One

**18 U.S.C. § 1001**
**(Making False Statements During a Federal Investigation)**

On or about April 21, 2015, in the District of Kansas, the defendant,

**JEREMY KETTLER,**

in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms and Explosives, an agency with the United States Department of Justice, within the executive

branch of the United States, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation, in that the defendant represented that he did not pay for or own a firearm/silencer obtained from SHANE COX d/b/a Tough Guys, when in truth and in fact, as the defendant full well knew, he had purchased and did own a firearm/silencer obtained from SHANE COX d/b/a Tough Guys, and published that fact on the Facebook page for Tough Guys stating that he "Bought a suppressor from them (Tough Guys), awesome place to spend money."  The foregoing is in violation of Title 18, United States Code, Section 1001.

## Count Two

**26 U.S.C. § 5861(d)**
**(Possession of Unregistered Firearm)**

On or about February 4, 2015, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly possessed a firearm, that is, a destructive device, not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## Count Three

**26 U.S.C. § 5861(d)**
**(Possession of Unregistered Firearm)**

On or about February 4, 2015, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly possessed a firearm, that is, a short barreled rifle, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## Count Four

### 26 U.S.C. § 5861(d)
### (Possession of Unregistered Firearm)

On or about February 4, 2015, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly possessed a firearm, that is, a destructive device, not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## Count Five

### 18 U.S.C. § 371
### (Conspiracy)

Beginning on or about a date unknown to the Grand Jury, and continuing through February 4, 2015, in the District of Kansas, and elsewhere,

**SHANE COX, and
JEREMY KETTLER,**

the defendants herein, did willfully, intentionally and knowingly conspire with each other and others, known and unknown to the Grand Jury, to make, receive and transfer a firearm in violation of the provisions of Title 26, United States Code, Section 5861, a

crime against the United States, and said defendants did an act to effect the object of the conspiracy.

In furtherance of the conspiracy and to achieve the objects thereof, the defendants and others, known and unknown to the Grand Jury, committed and caused to be committed at least one overt act in the District of Kansas, that is,

1. advertised the manufacture, transfer and purchase of a firearm, that is, a silencer, that was not registered, and identified by a serial number, as required by federal law;

2. manufactured a firearm, that is, a silencer, without having paid the special tax required by federal law;

3. received, transferred and possessed a firearm, that is, a silencer, which was manufactured, transferred and not registered as required by federal law; and

4. manufactured, received, transferred and possessed a firearm, that is, a silencer, which was not identified by a serial number as required by federal law.

All in violation of Title 18, United States Code, Section 371.

## Count Six

### 26 U.S.C. § 5861(e)
### (Transfer of Firearm in Violation of National Firearm Act)

Beginning on or about June 1, 2014, and continuing through February 4, 2015, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly transferred a firearm, that is, a silencer, to B.W., that was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5841, 5861(e) and 5871.

## Count Seven

**26 U.S.C. § 5861(e)**
**(Transfer of Firearm in Violation of National Firearm Act)**

Beginning on or about June 1, 2014, and continuing through February 4, 2015, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly transferred a firearm, that is, a silencer, to W.W., that was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5841, 5861(e) and 5871.

## Count Eight

**26 U.S.C. § 5861(e)**
**(Transfer of Firearm in Violation of National Firearm Act)**

Beginning on or about June 1, 2014, and continuing through February 4, 2015, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly transferred a firearm, that is, a silencer, to J.B., that was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5841, 5861(e) and 5871.

## Count Nine

**26 U.S.C. § 5861(e)**
**(Transfer of Firearm in Violation of National Firearm Act)**

Beginning on or about June 1, 2014, and continuing through February 4, 2015, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly transferred a firearm, that is, a silencer, to J.E., that was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5841, 5861(e) and 5871.

## Count Ten

**26 U.S.C. § 5861(f)**
**(Making a Firearm in Violation of National Firearm Act)**

Beginning on or about December 4, 2014, and continuing through December 15, 2014, in the District of Kansas, the defendant,

**SHANE COX,**

unlawfully and knowingly made a firearm, that is, a silencer, that was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5822, 5841, 5861(f) and 5871.

## Count Eleven

**26 U.S.C. § 5861(e)**
**(Transfer of Firearm in Violation of National Firearm Act)**

Beginning on or about December 15, 2014, in the District of Kansas, the

defendant,

**SHANE COX,**

unlawfully and knowingly transferred a firearm, that is, a silencer, to an undercover law enforcement officer, that was not registered in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5812, 5841, 5861(e) and 5871.

## Count Twelve

### 26 U.S.C. § 5861(a)
### (Engaging in Business as Dealer and Manufacturer of Firearms)

Beginning as early as June 20, 2014, and continuing through February 4, 2015, in the District of Kansas, and elsewhere, the defendant,

**SHANE COX,**

unlawfully and knowingly engaged in the business of manufacturing and dealing in firearms, that is, silencers, without having paid the special occupational tax required by Title 26, United States Code, Section 5801, and without having registered as required by Title 26, United States Code, Section 5802, all in violation of Title 26, United States Code, Sections 5861(a) and 5871.

## Count Thirteen

### 26 U.S.C. § 5861(d)
### (Possession of Unregistered Firearm)

On or about July 14, 2014, in the District of Kansas, the defendant,

**JEREMY KETTLER,**

unlawfully and knowingly possessed a firearm, that is, a silencer, not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## Forfeiture Allegations

As a result of committing the offenses alleged in Counts Two through Twelve of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section §2461(c), all firearms and ammunition involved in the commission of the offenses.

All in violation of Title 18, United States Code, Sections 922 (g) and 924 (d), and Title 28, United States Code, Section 2461.

**A TRUE BILL**

 MARCH 9, 2016                                   s/Foreperson
DATE                                             FOREPERSON OF THE GRAND JURY

s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov

**It is requested that the trial be held in Wichita, KS**