UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-10150-2-JTM |
| | ) |
| JEREMY KETTLER, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO JOIN IN ALL MOTIONS OF CO-DEFENDANT SHANE COX AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL AN/OR ADDITIONAL MOTIONS

COMES NOW, the Defendant, Jeremy Kettler, through his attorney of record, Ian M. Clark, and respectfully moves this Court for permission to join in any and all motions and memoranda filed by co-defendant Shane Cox, as they may apply to defendant Kettler.

In support of said motion, counsel for defendant Kettler informs the Court that any motions and supporting memoranda that may be filed by co-defendant Cox is relevant to defendant Kettler. Further, counsel states that filing multiple, similar motions would be burdensome on the Court. Finally, defendant Kettler request joinder in the interests of judicial economy and in the interest of justice.

WHEREFORE, counsel for defendant Kettler requests permission to join in any and all motions of co-defendant Shane Cox, and be allowed to file any supplemental motions in this case.

Respectfully submitted:

Ariagno, Kerns, Mank & White L.L.C.


By: **s/Ian M. Clark**
Ian M. Clark, Ks.Sp.Ct. #25595
328 North Main
Wichita, Kansas, 67202
Telephone: (316) 265-5511
Fax: (316) 265-4433
E-mail: iclark@warriorlawyers.com
Attorney for Defendant
Jeremy Kettler


## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March I electronically filed the foregoing with the

clerk of the court by using the CM/ECF system which will send a notice of electronic filing to

the following:


United States Attorney's Office
The Epic Center, Suite #1200
301 North Main Street
Wichita, Kansas 67202-4812




**s/Ian M. Clark**
Ian M. Clark