UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-10150-2-JTM |
| ) | |
| JEREMY KETTLER, ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO GOVERNMENT'S MOTION IN LIMINE

COMES NOW, the Defendant, Jeremy Kettler, through his attorney of record, Ian M. Clark, and respectfully offers the following in response to the Government's Motion in Limine.

At this time, Mr. Kettler is fully aware of the Court's pre-trial ruling on his motion to dismiss based on the theory of entrapment by estoppel. However, a detailed response to the government's motion would necessitate disclosure of defense strategy and other viable defenses for which there is no obligation to disclose pre-trial. As to particular items of evidence that might be presented at trial, the government has provided no grounds to suggest inadmissibility other than its fear of the jury's power to nullify. There is no reason to believe at this point that the defense intends to argue nullification. For this reason, we ask the Court to defer any decision as to what defenses are available to the defendant until it has heard the evidence in this case.

Respectfully submitted:

Ariagno, Kerns, Mank & White L.L.C.

By: **s/Ian M. Clark**
Ian M. Clark, Ks.Sp.Ct. #25595
328 North Main

Wichita, Kansas, 67202  
Telephone: (316) 265-5511  
Fax: (316) 265-4433  
E-mail: iclark@warriorlawyers.com  
Attorney for Defendant  
Jeremy Kettler

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rich Hathaway  
United States Attorney's Office

<u>**s/Ian M. Clark**</u>  
Ian M. Clark