FILED
U.S. District Court
District of Kansas

NOV 1 4 2016

Clerk, U.S. District Court
By J. Roach  Deputy Clerk

Counts 2 + 4      Jury Question #1
                  Rec'd 4:40 pm

Does the Government have to
prove intent to use as the destructive
device as a weapon

As related to Ins 13 Affirmative
                        Defense Claus

Answer to Jury Question No. 1:

The burden is on the government to prove beyond a reasonable doubt that the device was designed or redesigned for use as a weapon. See Instruction No. 13.

J. Thomas Marten

Date: 11/14/16   5:17 pm