# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-10150-2-JTM |
| ) | |
| JEREMY KETTLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO JOIN IN "DEFENDANT'S RESPONSE TO TO BRIEF OF STATE OF KANSAS AND MEMORANDUM OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PROSECUTION"

COMES NOW, the Defendant, Jeremy Kettler, through his attorney of record, Ian M. Clark, and respectfully moves this Court for permission to join in and adopt Document #78 filed by co-defendant Shane Cox on 11/23/16.

WHEREFORE, defendant Kettler requests permission to join in co-defendant Shane Cox' response contained in Court Document #78.

Respectfully submitted:

Ariagno, Kerns, Mank & White L.L.C.

By: s/Ian M. Clark
Ian M. Clark, Ks.Sp.Ct. #25595
328 North Main
Wichita, Kansas, 67202
Telephone: (316) 265-5511
Fax: (316) 265-4433
E-mail: iclark@warriorlawyers.com
Attorney for Defendant
Jeremy Kettler

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

United States Attorney's Office
The Epic Center, Suite #1200
301 North Main Street
Wichita, Kansas 67202-4812

s/Ian M. Clark
Ian M. Clark