IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.    Case No. 6:15CR10150-002

JEREMY KETTLER
    Defendant.

## NOTICE OF APPEAL

Notice is given that defendant Jeremy Kettler hereby appeals to the United States Court of Appeals for the Tenth Circuit from his conviction and Judgment entered on February 6, 2017. This notice is timely filed pursuant to Fed. R. App. P. Rule 4(b)(1)(A).

Respectfully Submitted,

/s/ Ian M. Clark
Ian M. Clark, Bar No. 25595
Ariagno, Kerns, Mank & White L.L.C.
328 North Main Street
Wichita, Kansas 67202
Telephone: 316-265-5511
Facsimile: 316-265-4433
E-mail: iclark@warriorlawyers.com

1

## CERTIFICATE OF SERVICE

    I, Ian M. Clark, do hereby certify that a true and accurate copy of the above and foregoing was served on the Court, opposing counsel and all counsel of record via the ECF system on this 16 day of February, 2017.

                                               /s/ Ian M. Clark